IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SERGIO NICKSON,

    Petitioner,                    No. CIV S-06-0608 DFL GGH P

    vs.

CHERYL PLILER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 26, 2006, respondent filed a motion to dismiss on grounds that petitioner has a habeas corpus petition pending in the California Supreme Court. In his opposition, petitioner requests that this action be stayed.

        The court will grant petitioner thirty days to file a request to hold this action in abeyance. In <u>Rhines v. Weber</u>, ___ U.S. ___, 125 S. Ct. 1528 (2005), the Supreme Court held that a habeas petition may only be stayed for further exhaustion if the petitioner can show good cause for his failure to first exhaust his claims in state court. In the motion to stay, petitioner should address the issue of good cause discussed in <u>Rhines v. Weber</u>.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file and notice for hearing a motion to stay this action.

DATED: 7/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
nick608.ord