IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SERGIO NICKSON,

      Petitioner,               No. CIV S-06-608 DFL GGH P

    vs.

CHERYL PLILER,

      Respondent.            <u>ORDER</u>

_____/

    IT IS HEREBY ORDERED that:

    1. The hearing set for August 31, 2006, as to petitioner's motion for stay and abeyance is vacated;

    2. Within fifteen days of the date of this order, respondent shall file an opposition to petitioner's motion; following receipt of respondent's opposition, petitioner's motion will be submitted for decision.

DATED: 8/28/06                                  /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

ggh:kj
nick.vac