IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SERGIO NICKSON,

    Petitioner,               No. CIV S-06-608 DFL GGH P

  vs.

CHERYL PLILER,

    Respondent.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 26, 2006, respondent filed a motion to dismiss on grounds that petitioner had a petition for writ of habeas corpus pending in the California Supreme Court. On August 7, 2006, petitioner filed a motion to stay proceedings pending exhaustion of additional claims in state court.

        On October 30, 2006, petitioner filed a notice informing the court that on October 25, 2006, the California Supreme Court denied his exhaustion petition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent's April 26, 2006, motion to dismiss is vacated;

        2. Petitioner's August 7, 2006, motion to stay is vacated;

1

3. Within thirty days of the date of this order, respondent shall file a response to the petition; petitioner's reply is due thirty days thereafter.

DATED: 11/02/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
nick608.fb