IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ALFRED SERGIO NICKSON,**

                        Petitioner,

    v.

**CHERYL PLILER,**

                        Respondent.

CIV S-06-0608 DFL GGH P

**ORDER**

      GOOD CAUSE APPEARING,

      IT IS ORDERED that Respondent's application for an enlargement of time is granted. A response to the petition shall be filed on or before January 16, 2007.


Dated:  12/13/06

                                    /s/ Gregory G. Hollows

                                    _____
                                    The Honorable Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

nick608.eot