IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED SERGIO NICKSON,

    Petitioner,                    No. CIV S-06-0608 JAM GGH P

    vs.

CHERYL PLILER,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a request for a certificate of appealability following this court's October 22, 2008, denial of his application for a writ of habeas corpus.  The court construes this pleading to contain a notice of appeal.

        Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

      Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether the trial court erred in instructing that petitioner could be convicted based on a conspiracy theory and whether appellate counsel was ineffective for failing to raise this issue on appeal; 2) whether the trial court erred in instructing the jury that petitioner could be convicted based on the natural and probable consequences doctrine even if the target offense was not committed .

      Accordingly, IT IS HEREBY ORDERED that:

1. The court construes petitioner's request for a certificate of appealability to contain a notice of appeal;

2. A certificate of appealability is issued in the present action.

DATED: 12/1/2008

/s/ John A. Mendez  
UNITED STATES DISTRICT JUDGE

nick608.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2